UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JOHN DOES I-IV<br><br>    Plaintiffs,<br><br>vs.<br><br>SUNRISE LABOR CORP., SALVADOR HERNANDEZ, a/k/a "Chavas," FRANCISCO HERNANDEZ, a/k/a "Poncho," and CLAUDIA HERNANDEZ, a/k/a "Claudia Jimenez"<br><br>    Defendants. | Case No. 9:12-cv-80883-JMH |

## MOTION TO FILE ANONYMOUSLY

PLAINTIFFS JOHN DOES I-IV hereby move to file anonymously for the reasons set out in their Memorandum of Law in Support of their Motion to File Anonymously (ECF No. 4) and the accompanying Affidavit of Allison M. Stowell with the exhibits annexed thereto, which were previously filed with the Court on August 20, 2012.

Dated: September 12, 2012
       Miami, Florida

                        MOSCOWITZ & MOSCOWITZ, P.A.

| | |
|---|---|
| MAYER BROWN LLP | By s/Jane W. Moscowitz |
| Steven Wolowitz | MOSCOWITZ & MOSCOWITZ, P.A. |
| Allison M. Stowell | Jane W. Moscowitz |
| Meghan Morrison Silver | 1111 Brickell Avenue |
| Thomas G. Strong | Suite 2050 |
| 1675 Broadway | Miami, FL 33131 |
| New York, New York 10019 | Telephone: (305) 379-8300 |
| Tel:     (212) 506-2500 | Fax:  (305) 379-4404 |
| Fax:    (212) 506-1910 | Email:  jmoscowitz@moscowitz.com |

(*Counsel*)

*and*

WORKER JUSTICE CENTER OF NEW YORK
David O. Irving
1187 Culver Road
Rochester, New York 14609-5448
Tel:     (585) 325-3050
Fax:    (585) 325-7614

(*Counsel*)

                        *Attorneys for Plaintiffs*