UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

JOHN DOES I-IV,

    Plaintiff(s),

v.

SALVADOR HERNANDEZ, FRANCISCO HERNANDEZ and CLAUDIA HERNANDEZ

    Defendant(s).
_____/

CASE NO. 12-80883-CV-RYSKAMP/HOPKINS

FILED by ___Te___ D.C.

Feb 26, 2013

STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **SALVADOR HERNANDEZ, FRANCISCO HERNANDEZ and CLAUDIA HERNANDEZ,** are in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) SALVADOR HERNANDEZ, FRANCISCO HERNANDEZ and CLAUDIA HERNANDEZ, as of course, on this date February 26, 2013.

**STEVEN M. LARIMORE**
CLERK OF COURT

By: S/Teresa Erwin
_____
Teresa Erwin
Deputy Clerk

cc:    Hon. Kenneth L. Ryskamp
        Counsel of Record
        Salvador Hernandez, Francisco Hernandez, Claudia Hernandez