UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 12-CV-80883-RYSKAMP/HOPKINS

JOHN DOES I-IV,

    Plaintiffs,

v.

SUNRISE LABOR CORP. et al.,

    Defendants.
_____/

## ORDER DISMISSING DEFENDANT SUNRISE LABOR CORP. WITH PREJUDICE

**THIS CAUSE** comes before the Court on Plaintiffs and Defendant Sunrise Labor Corp.'s ("Sunrise") "Stipulation of Dismissal of Fair Labor Standards Act Claims Against Defendant Sunrise . . ." (the "Notice") **[DE 81]** filed on October 7, 2013. Plaintiffs and Sunrise have settled the claims against Sunrise, including claims brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201–219, and jointly represent that the amount agreed to be paid by Sunrise fully compensates Plaintiffs for all claimed FLSA wages. While settlement of FLSA claims typically requires court approval, *see Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982), where a plaintiff is offered full compensation on his or her FLSA claim, no compromise is involved, and judicial approval is not required. *See Mackenzie v. Kindred Hosp. E., LLC*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003). Furthermore, here, where Plaintiffs are represented by counsel (pro bono), the concern present in *Lynn's Food*—advantageous settlements on the cheap of employees who do not know their rights—is not present.

While Plaintiffs and Sunrise have additionally agreed to settle non-FLSA claims, judicial approval is not necessary for non-FLSA claims, and therefore the Court makes no finding with respect to the settlement of these other claims. *See Church v. Conrad Yelvington Distribs., Inc.*, No. 10-cv-1100, 2011 U.S. Dist. LEXIS 136203, at *4 (M.D. Fla. Nov. 10, 2011) ("[T]o the extent this [settlement] amount is for release of non-FLSA claims, it is extraneous to the matters under review here and need not be approved by the Court.").

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1. Plaintiffs and Sunrise's joint request in their Notice **[DE 81]** is **GRANTED**.

2. This action against Sunrise is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs with respect to such FLSA claims discussed herein.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 15 day of October, 2013.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE