UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 12-CV-80883-RYSKAMP/HOPKINS

JOHN DOES I-IV,

    Plaintiffs,

v.

SUNRISE LABOR CORP. et al.,

    Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

**THIS CAUSE** comes before the Court upon on Plaintiffs' motion for final default judgment **[DE 73]** filed on July 3, 2013.  Defendants have not responded, and the time to do so has expired.  This matter is ripe for adjudication.

Plaintiffs John Does I-IV ("Plaintiffs") seek final default judgment against Defendants Salvador Hernandez (a/k/a "Chavas"), Francisco Hernandez (a/k/a "Poncho"), and Claudia Hernandez (a/k/a "Claudia Jimenez") (collectively "Hernandez Defendants") for, *inter alia*, forced labor and human trafficking under the Trafficking Victims Protection Reauthorization Act ("TVPA"), 18 U.S.C. §§ 1589, 1590, 1595, the Migrant and Seasonal Agricultural Worker Protection Act ("AWPA"), 28 U.S.C. §§ 1801 *et seq.*, the New York State Humans Rights Law ("NYSHRL"), New York Executive Law § 296(1)(a), and the Fair Labor Standards Act ("FSLA"), 19 U.S.C. §§ 201 *et. seq.*  Plaintiffs allege the Hernandez Defendants held them in forced labor and debt peonage, relying on indebtedness, threats of violence, and deportation to

1

force Plaintiffs to perform strenuous manual labor, and repeatedly physically and sexually harassed Plaintiffs.

A Clerk's default was entered against the Hernandez Defendants on February 26, 2013. *See* **[DE 32]**. The Court may thus accept as true Plaintiffs' well-pled allegations of fact, which Defendants may not contest on appeal. *Buchanan v. Bowman*, 820 F.2d 359, 361 (11th Cir. 1987). Upon careful consideration of the motion, applicable law, and pertinent portions of the record, the Court finds that Plaintiffs have sufficiently stated a claim against Defendants under the TVPA, AWPA, NYSHRL, and the FLSA. As such, default judgment is warranted under Rule 55 of the Federal Rules of Civil Procedure. It is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' motion for final default judgment **[DE 73]** is **GRANTED**. **FINAL DEFAULT JUDGMENT** is entered in favor of Plaintiffs and against the Hernandez Defendants, jointly and severally, in the following amounts:

1. $859,064 to John Doe I;
2. $292,714 to John Doe II;
3. $375,575 to John Doe III; and
4. $922,214 to John Doe IV.

The total judgment will be in the amount of **$2,449,567**.

The Clerk of Court is direct to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 15 day of October, 2013.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE