**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**WEST PALM BEACH DIVISION**

Civil Action No. 9:12-cv-80883-KLR

JOHN DOES I-IV

    Plaintiffs,

vs.

SUNRISE LABOR CORP., SALVADOR HERNANDEZ, a/k/a "Chavas," FRANCISCO HERNANDEZ, a/k/a "Poncho," and CLAUDIA HERNANDEZ, a/k/a "Claudia Jimenez"

    Defendants.

**STIPULATION AND MOTION FOR
ORDER OF DISMISSAL OF SUNRISE LABOR CORP.**

IT IS HEREBY STIPULATED AND AGREED, by and between John Does I-IV and Sunrise Labor Corp., by their respective counsel, attorneys of record to the above-entitled action, that, pursuant to Fed. R. Civ. P. 41(a)(2), whereas no party hereto is an infant or incompetent person for whom a guardian or committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action against Sunrise Labor Corp. be, and the same hereby is dismissed with prejudice and without costs to either party as against the other, and they move for entry of an Order confirming dismissal on these terms.

Dated:  November 8, 2013                                          Dated:  November 8, 2013


By  /s/ Jane W. Moscowitz_____          By /s/  Kenneth A. Knox_____
MOSCOWITZ & MOSCOWITZ, P.A.                       FISHER & PHILLIPS LLP
Jane W. Moscowitz                                 Kenneth A. Knox
Florida Bar No. 586498                            Florida Bar No. 0829455
1111 Brickell Avenue                              James C. Polkinghorn
Suite 2050                                        Florida Bar No. 376892
Miami, FL 33131                                   450 East Las Olas Boulevard, Suite 800
Telephone:  (305) 379-8300                        Ft. Lauderdale, Florida 33301
Fax:  (305) 379-4404                              Telephone: (954) 525-4800
Email:  jmoscowitz@moscowitz.com                  Fax: (954) 525-8739
                                                  Email:  kknox@laborlawyers.com
                                                  Email:  jpolkinghorn@laborlawyers.com


MAYER BROWN LLP                                   Ann Margaret Pointer
Steven Wolowitz                                   Georgia Bar No. 528750
Allison M. Stowell                                1075 Peachtree St., N.E., Suite 3500
Meghan Morrison Silver                            Atlanta, Georgia 30309
1675 Broadway                                     Telephone:  (404) 231-1400
New York, New York 10019                          Fax:  (404) 240-4249
Telephone:  (212) 506-2500                        Email:  apointer@laborlawyers.com
Fax:  (212) 506-1910                              *Admitted Pro Hac Vice*

*and*                                             *Attorneys for Defendant Sunrise Labor Corp.*

WORKER JUSTICE CENTER OF NEW YORK
David O. Irving
1187 Culver Road
Rochester, New York 14609-5448
Telephone:  (585) 325-3050
Fax:  (585) 325-7614

 (*Counsel*)

 *Attorneys for Plaintiffs*


          So Ordered this _____ day of _____, 2013.


                                                  _____
                                                  HON. KENNETH L. RYSKAMP
                                                  SENIOR JUDGE, UNITED STATES
                                                  DISTRICT COURT

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 8, 2013, I electronically filed this **Stipulation and Motion for Order of Dismissal of Sunrise Labor Corp.** with the Clerk of Court using the CM/ECF system with the Clerk of Court.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By  /s/ Jane W. Moscowitz
Moscowitz & Moscowitz, P.A.
Jane W. Moscowitz
Florida Bar No. 586498
1111 Brickell Avenue
Suite 2050
Miami, FL 33131
Telephone:  (305) 379-8300
Fax:  (305) 379-4404
Email:  jmoscowitz@moscowitz.com

*Attorneys for Plaintiffs John Does I-IV*

## SERVICE LIST
## CASE NO. 12-CV-80883-KLR

Kenneth A. Knox
Fischer & Phillips LLP
450 East Las Olas Boulevard, Suite 800
Ft. Lauderdale, Florida 33301

Ann Margaret Pointer
Fisher & Phillips LLP
1075 Peachtree St., N.E., Suite 3500
Atlanta, Georgia 30309

Mercy Pina-Brito, Esquire
Pina-Brito & Associates, P.A.
8900 SW 107th Avenue
Suite 200
Miami, FL 33176-1451

Nelson Carmenates
Daise & Carmenates, LLC
3900 West Flagler Street
Coral Gables, FL 33134