UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 12-CV-80883-RYSKAMP/HOPKINS

JOHN DOES I-IV,

    Plaintiffs,

v.

SUNRISE LABOR CORP. et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL OF SUNRISE LABOR CORP.**

**THIS CAUSE** comes before the Court on the Plaintiff John Does I-IV and Defendant Sunrise Labor Corp.'s stipulation of dismissal with prejudice **[DE 88]** filed on November 8, 2013. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** that the above-entitled action against Defendant Sunrise Labor Corp. is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 18 day of November, 2013.

                                                  /s/ Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE